UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BRIAN VASQUEZ,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>MARTHA GALE, et al.,<br><br>　　　　　Defendants. | CIVIL ACTION NO. 1:20-CV-01805<br><br>(MEHALCHICK, M.J.) |

# ORDER

**AND NOW**, this 18th day of March, 2021, in accordance with the Memorandum filed concurrently herewith, it is hereby ORDERED that, having determined that Plaintiff's complaint (Doc. 1) fails to state a claim upon which relief can be granted, Plaintiff is hereby granted leave to file an amended complaint **within 30 days of the date of this Order or on or before Monday, April 19, 2021**.

**Dated: March 18, 2021**　　　　　　　　　　　　　　　*s/ Karoline Mehalchick*
　　　　　　　　　　　　　　　　　　　　　　　　**KAROLINE MEHALCHICK**
　　　　　　　　　　　　　　　　　　　　　　　　**United States Magistrate Judge**