IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BRIAN VASQUEZ, <br><br> Plaintiff(s), <br><br> v. <br><br> MARTHA GALE, et al. <br><br> Defendant(s)/ <br> Third-Party Plaintiff(s), <br><br> v. <br><br><br> Third-Party Defendant(s). | Civil Action No. 1:20-cv-01805-KM |

**DISCLOSURE STATEMENT PURSUANT TO Fed. R. Civ. P. 7.1**
**(Civil Action)**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, __Defendant__,
                                                                (type of party)
who is __PrimeCare Medical, Inc.__, makes the following disclosure:
         (name of party)

Page 1 of 2

1. Is the party a non-governmental corporate party?

    ☒ YES     ☐ NO

2. If the answer to Number 1 is "yes," list below any parent corporation or state that there is no such corporation:

There is no such corporation.

3. If the answer to Number 1 is "yes," list below any publicly-held corporation that owns 10% or more of the party's stock or state that there is no such corporation:

There is no such corporation.

    The undersigned party understands that under Rule 7.1 of the Federal Rules of Civil Procedure, it must promptly file a supplemental statement upon any change in the information that this statement requires.

/s/ John R. Ninosky  
Signature of Counsel for Party

Date: August 26, 2021

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 26th day of August, 2021, the foregoing *Corporate Disclosure Statement* was electronically filed with the Clerk of Court using the CM/ECF system. I further certify that a copy of the foregoing has been served on the following non-CM/ECF participant by depositing the same in the United States Mail, postage prepaid, in Camp Hill, Pennsylvania on August 26, 2021:

Brian Vasquez
504 Monroe Street
Harrisburg, PA 17113
*Pro Se Plaintiff*

                                         MARSHALL, DENNEHEY, WARNER
                                         COLEMAN & GOGGIN

                                         By: *s/ John R. Ninosky*
                                                    John R. Ninosky